# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Burlington Insurance Company<br>a North Carolina corporation<br><br>*Plaintiff*<br>v.<br>Blind Squirrel LLC, agent of d/b/a Stubblefields, Jacek Brown, Douglas Calvert, Charles Hawthorne, Craig Lacross, Jack Lyon, Charles Peck, Alan Ruderman, Skyler Smick, David Warner,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  2:16-cv-00138-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiffs' Motion for Summary Judgment, ECF 20, GRANTED.
Plaintiff's Motion to Dismiss Defendants' Counterclaims for Bad Faith, ECF 30, GRANTED.
Defendants' Motion to Stay, ECF 27, DENIED.
Declaratory Judgment in favor of Plaintiff and against each Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for
Summary Judgment, ECF 20; Motion to Dismiss Defendants' Counterclaims, ECF 30; Motion to Stay, ECF 27.

Date:  1/10/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler